UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 12-2553(DEA) |
| v. | : | |
| | : | ORDER |
| DAVID TUYTJENS | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __2ND__ day of __JULY__, 2012,

ORDERED that _____BRIAN REILLY_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Douglas E. Arpert
United States Magistrate Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY